**STATEMENT OF FACTS**

On Monday, May 27, 2019 at approximately 4:04 p.m., members of the Metropolitan Police Department's (MPD) Seventh District Crime Suppression Team (CST) were investigating a shooting in the parking lot area in front of 2639 Birney Place Southeast, in Washington, D.C.

The lookout for the shooting was a silver vehicle. While in the parking lot, officers observed a group of individuals, one of whom was known to officers as Daquante Green (Defendant Green). Officers located a silver in color Honda Accord bearing Virginia hard tag UYR7808 and VIN of 1HGCG32781A003813 in the parking lot. A WALES/NCIC check of the vehicle showed that the vehicle was unregistered. Officer Dean looked through the front driver side window of the Honda. The window was halfway open at the time. Officer Dean observed a black Glock handgun loaded with an extended magazine in plain view sitting on the driver's seat of the vehicle. The firearm was recovered and processed by the Department of Forensic Sciences (DFS). The vehicle was not searched on scene, but secured and towed to DFS's secured facility.

The firearm recovered was determined to be a Glock 23 9mm semi-automatic pistol with a serial number of ZZY149. It was loaded with one (1) round in the chamber and nine (9) total rounds in the unknown capacity magazine at the time it was recovered.

On June 11, 2019, Officer Tipps received a latent fingerprint report from DFS concerning the fingerprints found on the recovered firearm. The latent fingerprint report showed that a fingerprint identified on the magazine of the firearm was determined to be a match to Defendant Green, PDID 621752. Officer Tipps then applied for and was granted a D.C. Superior Court search warrant (warrant no. 2019CSW3182) for the Honda Accord to search for evidence of ownership of the vehicle and/or the firearm.

On June 17, 2019, the signed D.C. Superior Court search warrant was executed by Officer Tipps and a DFS technician at the secure DFS garage. Several items in the name of Defendant Green were found inside of the vehicle, including a social security card, official court documents from May 2019, the vehicle title for the vehicle from May 2019 (showing a transfer to Defendant Green) and a D.C. traffic violation citation from May 2019. During the search, no other items or paperwork were located that named any other person.

On July 17, 2019, Officer Tipps applied for and was granted a D.C. Superior Court arrest warrant for Defendant Green (2019CRW3720) by Judge Edelman for Unlawful Possession of a Firearm.

On July 18, 2019 at approximately 8:02 a.m., MPD officers arrested Defendant Green at 5201 Hayes Street Northeast, Apartment 306 in Washington D.C. pursuant to the arrest warrant.

Defendant Green has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Green through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the District of Columbia Superior Court for Attempt Robbery, Criminal Case No. 2014 CF3 019470, for which he received a sentence of 20 months of incarceration. There are no firearms manufactured in the District of Columbia.

_____
OFFICER BRYAN MADERA
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JULY, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE